UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROLAND JERNIGAN, ID # 12003308,<br>　　　　Plaintiff,<br>vs.<br><br>AUBREY PRENTICE, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ | <br><br>Civil Action No. 3:13-CV-1790-B<br><br><br>Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's complaint will be **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i) by separate judgment.

SIGNED this 17th day of September, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE